**Page 1**
Sarah J. Crouch, Esq. (SC 1174)
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1101
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey -- Newark
----------------------------------X

In re:

    Luz Villafane,

    Debtor.
----------------------------------X

**FILED**
JEANNE A. NAUGHTON, CLERK
APR 4 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

**Chapter 13**
Case No. 17-14572

**ORDER EXTENDING THE AUTOMATIC STAY CONTAINED WITHIN U.S.C. §362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. §362(c)(3)(B)**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

4-4-17    _____
              USBJ

**Page 2**
Debtor: Luz M Villafane
Case Number:
Caption: ORDER EXTENDING THE AUTOMATIC STAY CONTAINED WITHIN U.S.C. §362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. §362(c)(3)(B)

---

THIS MATTER having been opened to the Court by Fitzgerald & Associates, the debtor's counsel, upon the debtor's Motion for an Order extending the automatic stay contained within 11 U.S.C. §362 as to all creditors beyond 30 days pursuant to 11 U.S.C. §362(c)(3)(B), and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED**, that the automatic stay of the Bankruptcy Code contained in 11 U.S.C. §362 thereof be and hereby is to continue as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under 11 U.S.C. §362(c)(1) or (c)(2), or a motion for relief is granted under 11 U.S.C. §362(d).