Page 1
Sarah J. Crouch, Esq. (SC 1174)
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1101
Attorney for Debtor

**FILED**
JEANNE A. NAUGHTON, CLERK
APR 4 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

United States Bankruptcy Court
District of New Jersey -- Newark
--------------------------------X

In re:

   Luz Villafane,

Debtor.
--------------------------------X

Chapter 13
Case No. 17-14572

**ORDER EXTENDING THE AUTOMATIC STAY CONTAINED WITHIN U.S.C. §362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. §362(c)(3)(B)**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

4-4-17    _____
          USBJ

**Page 2**
Debtor:  Luz M Villafane
Case Number:
Caption:   ORDER EXTENDING THE AUTOMATIC STAY CONTAINED WITHIN U.S.C. §362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. §362(c)(3)(B)

---

THIS MATTER having been opened to the Court by Fitzgerald & Associates, the debtor's counsel, upon the debtor's Motion for an Order extending the automatic stay contained within 11 U.S.C. §362 as to all creditors beyond 30 days pursuant to 11 U.S.C. §362(c)(3)(B), and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED**, that the automatic stay of the Bankruptcy Code contained in 11 U.S.C. §362 thereof be and hereby is to continue as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under 11 U.S.C. §362(c)(1) or (c)(2), or a motion for relief is granted under 11 U.S.C. §362(d).

United States Bankruptcy Court
District of New Jersey

In re:  
Luz M Villafane  
       Debtor

Case No. 17-14572-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 04, 2017  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2017.  
db        +Luz M Villafane,   108 Linnet Street,   Bayonne, NJ 07002-4322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2017 at the address(es) listed below:

      Brian C. Nicholas   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Michael R. DuPont   on behalf of Creditor   Liberty Savings Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
      Nicholas Fitzgerald   on behalf of Debtor Luz M Villafane nickfitz.law@gmail.com  
      Sarah J. Crouch   on behalf of Debtor Luz M Villafane nickfitz.law@gmail.com, nadiafinancial@gmail.com  
      U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 6