Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  17−14572−RG
                              Chapter:  13
                              Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luz M Villafane
   108 Linnet Street
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−2552

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/26/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 27, 2017
JAN: slm

                                                     Jeanne Naughton
                                                     Clerk

```
                            United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 17-14572-RG
Luz M Villafane                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: 148             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db            +Luz M Villafane,    108 Linnet Street,    Bayonne, NJ 07002-4322
cr            +Liberty Savings Federal Credit Union,    McKenna DuPont Higgins & Stone,   229 Broad Street,
                P.O. Box 610,   Red Bank, NJ 07701-0610
516689627     +Liberty Svngs Fed Cr U,    666 Newark Ave,    Jersey City, NJ 07306-2398
516689629     +Source Receivables Mgmy, Llc,    Po Box 4068,    Greensboro, NC 27404-4068
516689630     +Specialized Loan Servicing, LLC,    8742 Lucent Blvd. Suite 300,   Highland Ranch, CO 80129-2386
516689631     +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,   Po Box 636005,   Littleton, CO 80163-6005
516689632      Sterling Crd,    716 Bethlehem Pike,    Ambler, PA 19002
516712911     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516898904     +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2017 23:31:00     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2017 23:30:58     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516930722     +E-mail/Text: bncmail@w-legal.com Jul 27 2017 23:31:07     CarePoint Health - Physican CHMG,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516930721     +E-mail/Text: bncmail@w-legal.com Jul 27 2017 23:31:07     CarePoint Health - Physican GSHA,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516733980      E-mail/Text: danielle@redbanklaw.com Jul 27 2017 23:30:28
                Liberty Savings Federal Credit Union,    C/O McKenna, DuPont, Higgins & Stone, PC,   PO Box 610,
                Red Bank, NJ 07701-0610
516748838     +EDI: DRIV.COM Jul 27 2017 23:14:00      SANTANDER CONSUMER USA, INC.,   P.O. BOX 560284,
                DALLAS, TX 75356-0284
516689628     +EDI: DRIV.COM Jul 27 2017 23:14:00      Santander Consumer USA,   Po Box 961245,
                Ft Worth, TX 76161-0244
516689633      EDI: TFSR.COM Jul 27 2017 23:13:00      Toyota Motor Credit Co,   Toyota Financial Services,
                Po Box 8026,   Cedar Rapids, IA 52408
516872370     +EDI: AIS.COM Jul 27 2017 23:13:00      Verizon,   by American InfoSource LP as agent,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael R. DuPont    on behalf of Creditor    Liberty Savings Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Nicholas Fitzgerald    on behalf of Debtor Luz M Villafane nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Luz M Villafane nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
```

```
District/off: 0312-2           User: admin               Page 2 of 2              Date Rcvd: Jul 27, 2017
                               Form ID: 148              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                      TOTAL: 7